**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **JANOS ROPER,** | : | **Case No. 1:21cv512** |
| | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **NOTICE OF REMOVAL** |
| | : | |
| **CITY OF CINCINNATI, et al.** | : | **(Hamilton County Common Pleas** |
| | : | **Case No. A2102467)** |
| **Defendants** | : | |
| | : | |

---

Defendants City of Cincinnati and Jason Vollmer (collectively "City") files this Notice of Removal of the above state court action to the United States District Court for the Southern District of Ohio, Western Division, from the Court of Common Pleas for Hamilton County, Ohio, as provided by 28 U.S.C. § 1441.  The City was served on July 22, 2021.  A true and correct copy of the Complaint filed in the state court action is attached as Exhibit A.

In accordance with 28 U.S.C. § 1446, the City makes the following statements setting forth the grounds for removal:

1.  Pursuant to 28 U.S.C. § 1441(a), the City may remove any civil action over which a district court has jurisdiction to the district and division embracing the place where a state court action is pending.

2.  The City is entitled to remove this action because this Court has original jurisdiction over the claims of the Complaint pursuant to 28 U.S.C. § 1331.  The state court case arises out of an administrative appeal under ORC § 2506.01 and

complaint for a writ of mandamus under ORC § 2731.04, and an equal protection claim under 42 USC § 1983.

3. This Notice of Removal is timely filed, pursuant to 28 U.S.C. § 1446(b), because City was served on July 22, 2021.

4. Removal to this court is proper under 28 U.S.C. § 1446(a) because the Southern District of Ohio is the district within which the lawsuit was pending prior to removal.

5. The City of Cincinnati is the named defendant, who consents to removal.

6. Concurrently with its filing of this Notice of Removal, the City served written notice to Plaintiff and with the Court of Common Pleas, Civil Division, Hamilton County, Ohio, in accordance with 28 U.S.C. § 1446(d).

The City requests that the state court action, case number A2102467, now pending in the Court of Common Pleas for Hamilton County, Ohio, be removed to the United States District Court for the Southern District of Ohio, Western Division.

Respectfully submitted,

**ANDREW W. GARTH (0088905)**
**CITY SOLICITOR**

*/s/ Katherine C. Baron*
Katherine C. Baron (0092447)
Heidi S. Rosales (0066022)
Assistant City Solicitors
801 Plum Street, Room 214
Cincinnati, Ohio 45202
Phone: (513) 352-4705/3297
Fax: (513) 352-1515
Katherine.Baron@Cincinnati-OH.gov
Heidi.Rosales@Cincinnati-OH.gov
*Trial counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify on August 10, 2021 that a true and accurate copy of the foregoing was filed electronically. Notice of this filing will be sent electronically unless otherwise indicated:

Evan R. McFarland
Brianna R. Carden
Matthew G. Bruce
The Spitz Law Firm
Spectrum Office Tower
11260 Chester Road, Suite 825
Cincinnati, OH 45246
Evan.McFarland@SpitzLawFirm.com
Matthew.Bruce@SpitzLawFirm.com

*/s/ Katherine C. Baron*
Katherine C. Baron (0092447)

3